IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-03282 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING PROOF OF SERVICE

American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services, Food and Drug Administration, and Centers for Medicare and Medicaid Services in the above-captioned matter.

Dated: December 2, 2020

Respectfully submitted,

*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar No. 1035590

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
christine.monahan@americanoversight.org
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 20-cv-03282 (RDM) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | ) |
| *Defendant.* | ) |

## DECLARATION OF SERVICE

I, MARIUXI A. PINTADO, hereby declare as follows:

1. I am employed as a Paralegal at American Oversight.

2. On November 13, 2020, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On November 13, 2020, the Court issued signed summonses for service.

3. On November 13, 2020, I served the summonses and copies of the Complaint and Exhibit A on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services, Food and Drug Administration, and Centers for Medicare and Medicaid Services. Service was effected by Certified U.S. Mail, return-receipt requested on the U.S. Attorney General, the U.S. Attorney for the District of Columbia, and the Defendants.

4. As of November 25, 2020, according to USPS Tracking, the tracking information had still not been updated on the U.S. Attorney for the District of Columbia. Accordingly, I

served new copies of the summonses, the Complaint, and Exhibit A on the U.S. Attorney for the District of Columbia on November 25, 2020, again by U.S. Mail, First-Class return-receipt requested.

5. According to USPS Tracking, service of process was effected on the U.S. Attorney for the District of Columbia, 555 Fourth Street NW, Washington, DC 20530 on November 30, 2020.

6. According to USPS Tracking, service of process was effected on the U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on November 19, 2020.

7. According to USPS Tracking, service of process was effected on Defendant U.S. Department of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201 on November 18, 2020.

8. According to USPS Tracking, service of process was effected on Defendant Food and Drug Administration, 10903 New Hampshire Avenue, White Oak, MD 20903 on November 16, 2020.

9. According to USPS tracking, service of process was effected on Defendant Centers for Medicare and Medicaid Services, 7500 Security Boulevard, Baltimore, MD 21244 on November 23, 2020.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2020

_____
Mariuxi A. Pintado